ber 23, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. F. H. Canfield* for petitioner. *Mr. Harvey D. Goulder, Mr. S. H. Holding* and *Mr. Frank S. Masten* for respondent.

No. 527. JAMES C. WHITTAKER, ADMINISTRATOR, ETC., PETITIONER, *v.* A. B. BAXTER AND COMPANY; and No. 528. ADOLPH JOSEPH, PETITIONER, *v.* A. B. BAXTER AND COMPANY. December 23, 1907. Petition for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Frederick M. Czaki* for petitioners. *Mr. Edward Jacobs* for respondents.

No. 536. UTAH CONSOLIDATED MINING COMPANY, PETITIONER, *v.* JAMES GODFREY ET AL. December 23, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Louis Marshall, Mr. George Sutherland, Mr. Waldemar Van Cott* and *Mr. Samuel Untermyer* for petitioner. *Mr. J. L. Rawlings* and *Mr. William H. King* for respondents.

No. 535. BRADLEY W. PALMER ET AL., PETITIONERS, *v.* THE STATE OF TEXAS ET AL. January 6, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Moorfield Storey* and *Mr. J. L. Thorndike* for petitioners. *Mr. T. W. Gregory* for respondents.

No. 542. LAWRENCE W. SEXTON, RECEIVER, ETC., PETITIONER, *v.* ARMSTRONG CORK COMPANY. January 6, 1908.